IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ADRENE M. DAVIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-541-CV-W-DW |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pending before the Court is Parties' Stipulation of Dismissal With Prejudice (Doc. 10). The parties move the court to dismiss this case with prejudice, with each party to bear their own costs and attorneys fees. Per the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. FED. R. CIV. P. 41. The Clerk of the Court shall mark this case as closed.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: November 28, 2005